OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596

$ 00.26⁵
OCT 02 2014
MAILED FROM ZIP CODE 78701

10/1/2014

MCMILLEN, ROBERT CYLDE    Tr. Ct. No. W14-52521-X(A)    WR-79,255-03

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

RTS Released

Abel Acosta, Clerk

ROBERT CYLDE MCMILLEN
HUTCHINS UNIT - TDC # 1921678
1500 E. LANGDON RD.
DALLAS, TX 75241